FILED

JUL 26 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00265 DLJ (DMR) |
| Plaintiff, ) | |
| ) | DETENTION ORDER |
| v. ) | |
| ) | |
| GUSTAVO SAHAGUN-CONTRERAS ) | |
| Defendant. ) | |

I. DETENTION ORDER

Defendant Gustavo Sahagun-Contreras is charged in an indictment with illegally re-entering the United States, in violation of 8 U.S.C. § 1326. On July 26, 2010, the United States moved for Mr. Sahagun-Contreras' detention pursuant to 18 U.S.C. § 3142(f)(2)(A) (because there is a serious risk that the defendant will flee), and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). On this same date, Mr. Sahagun-Contreras waived his right for now to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-examine adverse witnesses, and to present information by proffer or

DETENTION ORDER
CR 10-00265-DLJ (DMR)                     1

cc: Copy to parties via ECF, Frances, 2 certified copies to U.S. Marshal &
    Pretrial Services

otherwise), but he retained his right to raise any additional relevant information at a later hearing. The Court also notes that Mr. Sahagun-Contreras is subject to an immigration detainer issued by Immigration and Customs Enforcement ("ICE").

After considering the limited information available to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court detains Mr. Sahagun-Contreras a serious risk of flight and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Mr. Sahagun-Contreras as a serious flight risk. Because Mr. Sahagun-Contreras waived the timing of his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Mr. Sahagun-Contreras' request at any future time.

Mr. Sahagun-Contreras shall remain committed to the custody of the Attorney General.

IT IS SO ORDERED.

DATED: July 26, 2010

DONNA M. RYU
United States Magistrate Judge

DETENTION ORDER
CR 10-00265-DLJ (DMR)                           2