JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN D. COOKE (CABN 233267)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: John.Cooke@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00265 DLJ |
| )  v.  ) | ORDER EXCLUDING TIME FROM JULY 26, 2010 TO AUGUST 20, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)) |
| GUSTAVO SAHAGUN-CONTRERAS, )    a/k/a Gustavo Contreras, )    a/k/a Bernabe Garcia, )    a/k/a Sahagun Gustavo, )    a/k/a Gustavo Navarrit, )    a/k/a Gustavo Sahagun, ) )    Defendant. ) ) | |

     Defendant Gustavo Sahagun-Contreras was arraigned on the indictment before the Court on July 26, 2010. At that time counsel for the defendant indicated he would need time both to review discovery materials and to meet with his client. The Court set an appearance date of August 20, 2010, for status and trial setting before the Hon. D. Lowell Jensen. The Court then ordered that time should be excluded from the Speedy Trial Act calculation from July 26, 2010 through August 20, 2010, for effective preparation of defense counsel. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from July 26, 2010 through August 20, 2010.

//

No. CR-10-00265 DLJ
Order Excluding Time

The parties agreed, and the Court found and held, as follows:

1. The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to meet with his client and review newly-produced discovery, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 26, 2010 to August 20, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

3. Accordingly, with the consent of defendant's attorney, the Court ordered that the period from July 26, 2010 to August 20, 2010, be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED:  7/27/2010



HON. DONNA M. RYU
United States Magistrate Judge

No. CR-10-00265 DLJ
Order Excluding Time